# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 30, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

129546

CLEO ALFRED WILLIAMS,
      Plaintiff-Appellant,

v

FORD VISTEON MOTOR COMPANY,
      Defendant-Appellee,
and

PAUL NOWICKI,
      Defendant.
_____/

SC: 129546
COA: 253979
Macomb CC: 2002-005599-CD

      On order of the Court, the application for leave to appeal the June 21, 2005 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 30, 2006

_____
Clerk

t0123